UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICO PERRY,<br><br>Plaintiff,<br><br>v.<br><br>MARK HOLMES,<br>CAPTAIN HILAIRE VLADIMIR PIERRE,<br>LAWRENCE BOYD, M.D.,<br>ANN MARIE NOLAN, N.P.,<br>MARCIA NORATE, N.P.,<br>KENDRA BROOKS, N.P.,<br>HAS A MORSE, N.P.,<br>KIMBERLY ROWAN, N.P.,<br>UNITED STATES MARSHAL MATHEW DUMAS,<br>UNITED STATES MARSHAL JOHN WICKHAM,<br>UNITED STATES MARSHAL<br>JOSHUA LOUFIK,<br>UNITED STATES MARSHAL<br>EMELY ROSARIO-HENRIQUE,<br>KELLY FATH,<br><br>Defendants. | CIVIL ACTION<br>NO. 25-11114-WGY |

YOUNG, D.J.                                     July 30, 2026

**MEMORANDUM AND ORDER**

Rico Perry ("Perry") brings three counts against various individuals who allegedly failed to provide Perry with proper medical care following the incident at issue in another case before this Court. See Perry v. Roe, 23-cv-10228-WGY (D. Mass.). Before the Court on the instant motion to dismiss, ECF No. 36, are two defendants: Kendra Brooks, N.P. ("Brooks") and

[1]

Marcia Norate, N.P. ("Norate").[1]  See Defs.' Mot. Dismiss ("Mot."), ECF No. 36.  Brooks and Norate filed a memorandum in support of the motion ("Mem."), ECF No. 37.  This motion is unopposed.  A full procedural history and summary of facts alleged can be found in the previous Memorandum of Decision published on June 30, 2026.  ECF No. 40.

The only factual allegations regarding Brooks are that Perry requested medical treatment from her "through" other named defendants, Compl. ¶ 18, and that she "denied sharing the name of the staff member and stated the staff member only ' . . . arranges our off site appointments at the direction of our medical providers,'" id. ¶ 27.  The only allegation regarding Norate is that Perry requested medical treatment from her "through" other named defendants, Compl. ¶ 18.[2]

The Motion to Dismiss as to all federal claims against Norate and Brooks are **GRANTED** for substantially the reasons set forth in the Memorandum in support of the Motion.  See Mem. 9-10; id. 10-11.  As in the previous order, the Court declines to

---

[1] Judge Sorokin dismissed defendants Dumas, Wickham, Loufik, Rosario-Henrique Fath, and Morse on November 14, 2025.  See Order, ECF No. 4.  This Court dismissed the claims against Kimberly Rowan, Mark Holmes, and Hilaire Vladimir Pierre on May 18, 2026.  See Elec. Clerk's Notes, ECF No. 36.

[2] The Complaint names "Morate" in this specific allegation, Compl. ¶ 18, which this Court considers a typo and assumes is referencing Norate.

[2]

exercise supplemental jurisdiction and dismisses the state

claims as to Norate and Brooks without prejudice.


**SO ORDERED.**


WILLIAM G. YOUNG
JUDGE
of the
UNITED STATES[3]

_____

[3] This is how my predecessor, Peleg Sprague (D. Mass. 1841-1865), would sign official documents.  Now that I'm a Senior District Judge I adopt this format in honor of all the judicial colleagues, state and federal, with whom I have had the privilege to serve over the past 48 years.

[3]